MARY WENDRING, as Administratrix, etc., of FRANK WENDRING, Deceased, Respondent, v. LOUIS AND L. J. WHITE Co., and SIMONDS WARDEN WHITE COMPANY, Appellants.— Order affirmed, with ten dollars costs and disbursements. All concur. (The order denies defendants' motion for a dismissal of plaintiff's amended complaint, in an action for damages for contracting silicosis.) Present — Crosby, Lewis, Cunningham, Taylor and Dowling, JJ.

IVA MYRTLE VERWEY, Respondent, v. PETER VERWEY, JR., Appellant.— Order affirmed, without costs of this appeal to either party. All concur. (The order grants plaintiff's motion to punish for contempt of court.) Present — Crosby, Lewis, Cunningham, Taylor and Dowling, JJ.

SAMUEL SHOPIRO, Respondent, v. FAIRMOUNT BUILDING Co., INC., and Others, Appellants.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Sears, P. J., Cunningham, Taylor and Dowling, JJ.